## IN THE SUPREME COURT OF THE STATE OF NEVADA

BANK OF NEW YORK MELLON
CORPORATION, F/K/A THE BANK OF
NEW YORK, AS TRUSTEE, ON
BEHLAF OF THE HOLDERS OF THE
ALTERNATIVE LOAN TRUST 2005-59,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-59,
                    Appellant,
            vs.
SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
                    Respondent.

No. 80256

FILED

NOV 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Susan Johnson, District Judge
    Janet Trost, Settlement Judge
    Akerman LLP/Las Vegas
    Wright, Finlay & Zak, LLP/Las Vegas
    Kim Gilbert Ebron
    Eighth District Court Clerk

20-42882